1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7                   FOR THE DISTRICT OF ARIZONA
8
9   William L. Jobe,                          No. CV18-0254 PHX DGC (ESW)
10                     Plaintiff,             **ORDER**
11  vs.
12  Charles L. Ryan, et al.,
13                     Defendants.
14
15          Plaintiff William L. Jobe filed a Civil Rights Complaint pursuant to 42
16  U.S.C. § 1983.  Doc. 1.  United States Magistrate Eileen S. Willett has issued a report and
17  recommendation ("R&R") recommending that the complaint and this action be dismissed
18  without prejudice.  Doc. 36.  No objection has been filed, which relieves the Court of its
19  obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);
20  *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114,
21  1121 (9th Cir. 2003).  The Court will accept the R&R and dismiss the complaint and this
22  action without prejudice.
23          **IT IS ORDERED:**
24          1.      The R&R (Doc. 36) is **accepted**.
25          2.      The civil rights complaint (Doc. 1) is **denied and dismissed without**
26          **prejudice**.
27          3.      A certificate of appealability and leave to proceed *in forma pauperis* on
28          *appeal are **denied**

4.     The Clerk is directed to **terminate** this action.

Dated this 23rd day of August, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge